**UNKNOWN HEIRS of F. H. HOLLOWAY et al., Plaintiffs In Error, v. I. H. ELLINGTON et al., Defendants In Error.**

**No. 1781—7285.**

Commission of Appeals of Texas, Section B.

July 26, 1939.

Llewllyn & Dougherty, of Liberty, for plaintiffs in error.

F. T. Baldwin, of Houston, and P. C. Matthews, of Liberty, for defendants in error.

TAYLOR, Commissioner.

The opinion of the Court of Civil Appeals in this case appears in 104 S.W.2d 650. The facts and the controlling question involved are the same as in Unknown Heirs of Holloway et al. v. L. B. Whatley et al., Tex.Com.App., 131 S.W.2d 89, this day decided.

On the authority of that case, the judgment of the Court of Civil Appeals affirming that of the trial court, is affirmed.

Opinion adopted by the Supreme Court.